IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31003
Summary Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

CALVIN LEON BETHLEY,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No.  96-CR-29-B
- - - - - - - - - -
April 30, 1997
Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Appellant Calvin Leon Bethley appeals his sentence following

conviction for wire fraud and money laundering.  He argues that

the district court clearly erred in increasing his offense level

four levels pursuant to U.S.S.G. § 3B1.1(a); that the court

clearly erred in imposing a two-level increase for obstruction of

justice pursuant to § 3C1.1; and that the court clearly erred in

refusing to impose a downward departure for acceptance of

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

responsibility pursuant to §3E1.1.  We have reviewed the record and the briefs and conclude that there is no clear error.

AFFIRMED.